# STATEMENT OF FACTS

On Thursday, April 25th, 2019, at approximately 0645 hours, members of the Metropolitan Police Department (MPD), Narcotics and Special Investigations Division (NSID), Gun Recovery Unit (GRU), executed a District of Columbia Superior Court Search Warrant, warrant number 2019CSW2186, at 1426 W Street Southeast in Washington, D.C.

The leaseholder opened the door and allowed officers entry to the residence, which is a two-story row home. During a preliminary sweep of the location, officers located Kevin Monroe (Defendant Monroe) hiding in a bedroom closet on the first floor. During a search of the same bedroom where Defendant Monroe was found, a firearm was found inside of a Timberland shoe box, size 8.5.  The shoe box was underneath the bed in the bedroom.  Defendant Monroe was placed under arrest. When leaving the residence, Defendant Monroe put on a pair of Timberland shoes that appeared to be the same shoes from the box in which the firearm was found.

A black in color Taurus model 82, .38 caliber revolver with a serial number of PH431309 was recovered from the Timberland shoe box. The firearm was loaded with five (5) rounds in the six (6) round capacity cylinder.

A WALES/NCIC check of the firearm's serial number revealed that the firearm was not registered and was reported stolen on September 19, 2016 from B&B Security Companies. There are no gun manufacturers in the District of Columbia.

A WALES/NCIC check also revealed that Defendant Monroe did not have a concealed carry permit or a registered handgun. A law enforcement database check of Defendant Monroe revealed that he was previously convicted of Possession with Intent to Distribute Cocaine in the District of Columbia Superior Court, docket number 1989 FEL 006169. This crime is punishable by more than one year in the District of Columbia.  Defendant Monroe is a convicted felon and therefore is in violation of Title 18, U.S.C. Section 922(g), felon in possession of a firearm.

_____
DETECTIVE KIRK DEL PO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE